UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CRAIG BLACKMON, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-08-35 |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| Respondent. | § | |

### **MEMORANDUM OPINION AND ORDER OF TRANSFER**

This is a habeas action filed by a state prisoner incarcerated at the Garza East Unit in Beeville, Texas (D.E. 1). Petitioner states he was convicted of indecency with a child on May 24, 2006, in the 262nd Judicial District Court of Harris County, Texas (*Id.*).

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); Wadsworth v. Johnson, 235 F.3d 959 (5th Cir. 2000). Petitioner's place of incarceration is in the Corpus Christi Division of the Southern District of Texas, 28 U.S.C. § 124(b)(6), and he was convicted by a court located in the Houston Division of the Southern District of Texas. 28 U.S.C. § 124(b)(2).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §§ 1404(a) and 1406(a). Because petitioner was convicted in Harris County, it is more convenient for the action to be handled in the Houston Division of the Southern District of Texas. The records of his conviction, the prosecutor and

defense lawyer, and the witnesses are all located in the Houston Division of the Southern District of Texas.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Southern District of Texas, Houston Division. All pending motions are denied without prejudice, subject to re-urging after this action is transferred.

ORDERED this 1st day of February, 2008.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE